UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

WILLIAM UHLENKOTT,

        Plaintiff,

    v.

ENDOT INDUSTRIES, INC.,

        Defendant.

No. CV-03-038-FVS

ORDER ADOPTING SPECIAL MASTER REPORT ON FED.R.CIV.P. 56 MOTIONS

    This is a patent infringement action in which Plaintiff William Uhlenkott alleges that Defendant Endot Industries, Inc., infringed Plaintiff's U.S. Patent No. 6,302,212, issued October 6, 2001 and U.S. Patent No. 6,513,597, issued February 4, 2003.

    On November 24, 2004, the Court appointed William O. Ferron, Jr., a patent attorney with experience in patent law issues, as Special Master pursuant to Federal Rule of Civil Procedure 53, Ct. Rec. 109. Pursuant to such Order, the Special Master conducted an oral hearing on the parties' motions filed under Fed.R.Civ.P. 56. The parties each filed summary judgment motions on the issues of validity and infringement. Thereafter, on March 28, 2005, the Special Master set forth his recommendations on the summary judgment motions in a written report, Ct. Rec. 162.

    Neither the Plaintiff nor the Defendant filed any objections to

ORDER ADOPTING SPECIAL MASTER REPORT ON FED.R.CIV.P. 56 MOTIONS - 1

the Special Master Report.  Accordingly, upon consideration of the Special Master Report and of the entire record, the Court accepts and adopts the recommendations set forth in the Special Master Report as the opinion of the Court.

**IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** the Special Master Report on Claim Construction, **Ct. Rec. 162**.

2. Defendant's Motion for Summary Judgment, **Ct. Rec. 117**, is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff's Motion for Summary Judgment, **Ct. Rec. 126**, is **GRANTED IN PART AND DENIED IN PART**.

4. Plaintiff's Motion for Leave to File Excess Pages, **Ct. Rec. 131**, is **MOOT**.

5. Plaintiff's Motion to Strike Portions of the Declarations of Richard Kraft and Jerry Cole, **Ct. Rec. 143,** is **MOOT**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and William O. Ferron, Jr.

**DATED** this   26th    day of April, 2005.

                      s/ Fred Van Sickle  
                       Fred Van Sickle  
           Chief United States District Judge

ORDER ADOPTING SPECIAL MASTER REPORT ON FED.R.CIV.P. 56 MOTIONS - 2