Susan D. Pitchford, WSBA No. 26259
E-mail: sdp@chernofflaw.com
Chernoff, Vilhauer, McClung & Stenzel, LLP
1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204-3157
Telephone: (503) 227-5631
Facsimile: (503) 228-4373

Attorneys for Plaintiff

John Ray Nelson, WSBA No. 16393
E-mail: nelsj@foster.com
Foster Pepper & Shefelman PLLC
422 W Riverside Ave Ste 1310
Spokane, WA 99201-0302
Telephone: (509)777-1604
Facsimile: (509)777-1604

Attorneys for Defendant

HON. FRED L. VAN SICKLE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 29 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| WILLIAM UHLENKOTT, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>ENDOT INDUSTRIES, INC., a New Jersey corporation,<br><br>   Defendant. | Case No. CV-03-0038-FVS<br><br>FINAL JUDGMENT ON CONSENT |

Plaintiff William Uhlenkott ("Uhlenkott") brought suit for Patent Infringement, accusing Defendant Endot Industries, Inc. ("Endot") infringing Uhlenkott's patents, U.S. Patent Nos. 6,302,213 ("the '213 patent"), issued October 16, 2001, and 6,513,597 ("the '597 patent"), issued February 4, 2003, in violation of patent laws of the United States, Title 35 U.S.C. § 1 *et. seq.*

/ / /

FINAL JUDGMENT ON CONSENT – 1

1  The parties having settled their differences by mediation before the Hon.
2  Judge Michael W. Leavitt on June 29, 2005, which settlement is memorialized
3  herein, therefore, JUDGMENT IS ENTERED as follows:
4      1.    This Court has jurisdiction over the subject matter of this action
5  and over the parties;
6      2.    The '213 patent and '597 patent are valid and enforceable.
7      3.    Endot, its successors and assigns, its agents, servants, employees,
8  officers, directors, principals and any other persons in active concert or
9  participation with Endot are permanently enjoined from making, using, selling
10 or offering to sell any product under any name or stock number that infringes
11 the '213 patent or the '597 patent, from contributing to the infringement of the
12 '213 patent or the '597 patent, or from inducing others to infringe the '213
13 patent or the '597 patent. *Endot represents it has engaged in no such activities since 2/28/05.* [initialed]
14     4.    As compensation to Uhlenkott for Endot's past infringement of the
15 inventions of the '213 patent and '597 patent, Uhlenkott shall have a judgment
16 against Endot for damages, enhanced damages, and attorney fees and costs, and
17 Endot shall pay Uhlenkott the sum of $~~237,500~~ **240,000**, ~~which judgment~~
18 ~~shall accrue interest at the statutory rate until paid in full.~~
19     5.    The claims of the Defendant are dismissed with prejudice.
20     6.    The parties consent to the entry of this Final Judgment on Consent
21 in the form set forth herein.
22 ///   ~~* $100,000 in ten business days;~~
23 ///   ~~$137,500 over 18 months in 6 $333.33~~
24 ///   ~~$140,000 quarterly payments of $23,000, and~~
25 ///   ~~one final payment of $27,500.~~ [initialed]
26 ///   ** 100,000 in ten business days; (July 11, 2005)
       ///  140,000 over 18 months in 6 quarterly payments of $23,333.33, due on October 10, 2005 and quarterly thereafter (on 10/10/05, 1/9/06, 4/10/06, 7/10/06, 10/9/06, and 1/8/07); interest at 10% on late payments after 10 day grace period.

FINAL JUDGMENT ON CONSENT – 2

Chernoff, Vilhauer, McClung &
Stenzel, LLP
1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204-3157

1   7.   The Court retains jurisdiction over this matter and the parties for
2   the purpose of enforcing this Final Judgment on Consent.
3   DATED this _____29th_____ day of June, 2005.

_____
Hon. Judge Michael W. Leavitt

CHERNOFF, VILHAUER, McCLUNG
& STENZEL, LLP

So Stipulated:

By_____
Susan D. Pitchford, WSBA No. 26259
Of Attorneys for Plaintiff

_____
William Uhlenkott,
Plaintiff

FOSTER PEPPER & SHEFELMAN PLLC

So Stipulated

By_____
John R. Nelson, WSBA No. 16393
Of Attorneys for Defendant

_____
Jennifer Mairin, President
for Defendant
Endot.

FINAL JUDGMENT ON CONSENT – 3

Chernoff, Vilhauer, McClung &
Stenzel, LLP
1600 ODS Tower
601 S.W. Second Avenue
Portland, OR 97204-3157